UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                              Case Number 12-20607
                                              Honorable Thomas L. Ludington

SUE A. WILSON,

        Defendant.
_____/

**Verdict Form**

As to **Count 1** of the indictment, which charges the defendant, Sue Wilson, with knowingly conspiring with others to commit the crime of defrauding the United States, or one of its agencies or departments, by dishonest means, we, the jury, by unanimous verdict, find the defendant:

    \_\_\_\_\_ Not guilty.                                                          _✓_ Guilty.

As to **Count 3** of the indictment, which charges the defendant, Sue Wilson, of willfully, knowingly, and with the intent to deceive, providing false information or causing false information to be provided to the Social Security Administration regarding the true identity of a wage earner in violation of federal law, we, the jury, by unanimous verdict, find the defendant:

    \_\_\_\_\_ Not guilty.                                                          _✓_ Guilty.

                                                           s/Jury Foreperson

                                                           Foreperson

Dated: May 28, 2013