# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

SUE A. WILSON,

Criminal No.: 12-20607-04
District Court Judge: THOMAS L. LUDINGTON
Magistrate Judge: CHARLES E. BINDER

    Defendant/Appellant.

_____/

## NOTICE OF APPEAL

Notice is hereby given that SUE A. WILSON, appeals to the United States Court of Appeals for the Sixth Circuit from Judgment from a Jury Trial entered in this action on January 27, 2014.

Dated: January 30, 2014

    S/JAMES F. PIAZZA
    Attorney for Defendant/Appellant
    803 Court Street
    Saginaw, Michigan 48602
    Phone: (989) 791-1813
    jfpia@aol.com
    (P30172)